UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


LOUISIANA BUSINESS, INC.                          CIVIL ACTION

VERSUS

JA-MECHE PUBLIC RELATIONS, L.L.C.                 NO. 09-80-FJP-SCR


## RULING

Defendant's motion to set aside entry of default is GRANTED.[1] There is no need for a response filed by the plaintiff.  An answer was filed prior to the Court entering a final default judgment in this case.  Since an answer was filed prior to the time a final default judgment was entered, the plaintiff is not entitled to have a default judgment rendered.

IT IS SO ORDERED.

Baton Rouge, Louisiana, March 26, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 8.

Doc#45918                              1