UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA BUSINESS, INC.

VERSUS

JA-MECHE PUBLIC RELATIONS, L.L.C.

CIVIL ACTION

NUMBER 09-80-FJP-SCR

**RULING**

The defendant having failed to comply with the Court's order of May 12, 2009;[1]

IT IS ORDERED that the defendant's answer[2] is stricken from the record, and plaintiff's prior motion for entry of default[3] is entered by the Court. The plaintiff shall have until July 31, 2009, to file a motion to confirm the preliminary entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, July 16, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 13.

[2] Rec. Doc. No. 9.

[3] Rec. Doc. No. 6.

Doc#46221